JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

     Plaintiff,

    v.

JASON S. THOMAS,

    Defendant.

No. ED CV 26-168-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  June 24, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE